In the Matter of MAXWELL M. WALLACH, Appellant. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Argued April 6, 1950; decided May 18, 1950.

*Maxwell M. Wallach,* appellant in person.

*Frank H. Gordon* and *James T. Gallagher* for respondent.

Appeal dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.